(Rev. 4/97)                    **UNITED STATES DISTRICT COURT**

Paulette L. Winkfield
_____
Plaintiff

v.

Stanley Taylor
Paul Howard
Patrick Ryan
Colleen Shortzberger
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 6 - 6 9 9

I, Paulette L. Winkfield, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant        ☐ Other

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delores J. Baylor's Women's Correctional Institution_

   Are you employed at the institution? _no_   Do you receive any payment from the institution? _no_

   _Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28:USC §2254._

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _N/A_

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _August 10, 2006   30 per month   660 Baylor Blvd New Castle, De 19720_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes   ☒ No
   b. Rent payments, interest or dividends                ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes   ☒ No
   d. Disability or workers compensation payments         ☐ Yes   ☒ No
   e. Gifts or inheritances                               ☒ Yes   ☐ No
   f. Any other sources                                   ☒ Yes   ☐ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   _Gifts when friends or family send me money_
   _institutional job $30.00 per month_

4.  Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

    If "Yes" state the total amount $ __29.00__

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

    N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    N/A

    I declare under penalty of perjury that the above information is true and correct.

    __11/8/06__                __Paulette L. Winkfield__
    /DATE                      SIGNATURE OF APPLICANT

---

# CERTIFICATE
(Incarcerated applicants only)
(*To be completed by the institution of incarceration*)

I certify that the applicant named herein has the sum of $_____ on account his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit:

_____.

I further certify that during the past six months the applicant's average monthly balance was $_____

and the average monthly deposits were $_____.

_____           _____
Date                         SIGNATURE OF AUTHORIZED OFFICER

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)