(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Paulette L. Winkfield

(Enter above the full name of the plaintiff in this action)

V.

Stanley Taylor

Paul Howard

Patrick Ryan

(Enter above the full name of the defendant(s) in this action
Colleen Shortzberger
Counselor Russell

06-699

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]   NO [ X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs _____N/A_____

      Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county)
   N/A

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take?  On August 14, 2006 I put in a grievance however, we do not have a grievance board, just Cpt. Moore.

2. What was the result?  Cpt. Moore wrote on a sticky attached to my grievance that he sent back to me, that CLASSIFICATION is non-grievancable and inmates don't have any rights to where they are being housed, Stay the hell out of jail.

D. If your answer is NO, explain why not  N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [XX] No [ ]

F. If your answer is YES,

1. What steps did you take?  I wrote a letter to Stanley Taylor, Paul Howard, Patrick Ryan and Counselor Russell.

2. What was the result?  There was no reply from anyone but, Counselor Russell and she try to tell me I was in unit 8 for a incident with another inmate, that had already been addressed by Staff Lt. Smith. But, on August 31, 2006 she told me it was for the letter I wrote to the News Journal.

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Paulette L. Winkfield

Address  660 Baylor Blvd, New CAstle, DE  19720

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  Stanley Taylor  is employed as  Commissioner of D.O.C.  at  Delaware Department of Corrections.

C. Additional Defendants  Paul Howard is employed as Bureau Chief of D.O.C.; Delores J. Baylor's Women's Correctional.  Patrick Ryan is employed as Warden of D.O.C.; DJBWC.  Colleen Shortzberger is employed as Treatment Administrator of D.O.C. at DJBWC.  Counselor Russell is employed as a COunselor.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Basically, I wrote a letter to several outside agencies and New Journal. In regards to the abusive and infair treatment that goes on within this Institution.

The persons involved are Stanley Taylor, Paul Howard, PAtrick Ryan, Colleen Shortzberger, Counselor Russell and treatment services.  I was stripped of my job, programs and housing.  This is a sheer show of retaliation against me for standing up for my rights as well as the rights of others. When asked why they took all these things from me - I was told it was for an incident I had with a fellow inmate.  I can prove the situation I HAd with a fellow inmate was already addressed.  They are trying to use it for a reason for what they have done to me.

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

What I want from this is my job back as the Chaplin's Asst., my housing back and a monetary compensation for my grief and loss. For them to know that they can't just do inmates any way they want to and it's okay. We are in prison but, we were humans way before we came to jail and just want to be treated that way. The same as eveyone else.

Signed this __8__ day of __November__, 19__ 2006.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__11/8/2006__         _____
Date                  (Signature of Plaintiff)

-4-



Ruth L. Winfield
660 Bayard Street
Wilmington, DE 19805

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, De 19801

FORM #584

06-699

GRIEVANCE FORM

FACILITY: DBWCI　　　　　　　DATE: 11/6/06

GRIEVANT'S NAME: Paulette Winkfield　　SBI#: 00159046

CASE#: _____　　TIME OF INCIDENT: _____

HOUSING UNIT: 6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

In August I signed up for Law Library but was never called. I got officer Gailey to call a month later to get me down there I went. At the end of September I signed up again and never was called so I came to unit 6 still waiting to be called I signed the list over here too! So on 11/1/06 I got Mrs. Enduses to call and see if I could come he wasn't in so she left a message with his worker. I wrote him a letter that night. 11/2/06 Mrs. Enduces called he said he had too much to do. 11/3/06 Cpl Tavin called he said he was busy and I also

OVER?

ACTION REQUESTED BY GRIEVANT: I want to have excess to the Law Library

GRIEVANT'S SIGNATURE: _Paulette Winkfield_　DATE: 11/6/06

WAS AN INFORMAL RESOLUTION ACCEPTED?　____(YES)　____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____　DATE: _____

06-699

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

April '97 REV

wrote another letter asking to come to The Law Library. Every sense I went to the Law Library and got forms from him to began my suit on the State (form 42 U.S.C § 1983 I haven't been able to get excess to the Law Library and that is in direct violation of my rights. In the resident handbook I recieved from Counselor Lussell on August 31, 2006 states on page 5 that each unit is suppose to be called to the Law Library twice a week. In 3 months I've only been allowed to go one time.