11/8/06

To: U.S. District Court

I'm sending this copy of the grievance that I had to write before I was allowed to go to the Law Library. I wanted you to have a copy just in case I have anymore problems getting to go to the Law Library. Every sense I wrote the letter I'm not allowed to do anything and I have to fight to get things the other women have once they find out it's me. Sending you a copy of my grievance is like my protection.

Thank You
Paulette Winkfield

06-699

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE