Date : 12/13/2006
Time : 10:37

## Account Activity Ledger
From: 01/01/2006 To: 12/13/2006

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00159046 | **Name** WINKFIELD, PAULETTE | | | **Block** 6 | | | **Previous Balance** | | 90.64 |
| Sales Transaction | 01/03/2006 | 10:24 | I#78091 | | I | 35.19 | | | 55.45 |
| COMM.STORE.12/30/05 | 01/03/2006 | 13:10 | B#40340 | 330539 | W | | | -11.54 | 43.91 |
| PROCESSED.REC.DCJ.CK | 01/06/2006 | 15:24 | B#40401 | 331194 | D | | 10.00 | | 53.91 |
| rec crafts cpl gott | 01/09/2006 | 10:23 | B#40406 | 331332 | D | | 20.00 | | 73.91 |
| Sales Transaction | 01/10/2006 | 10:17 | I#78288 | | I | 15.77 | | | 58.14 |
| COMM.CRDT.1/13 | 01/13/2006 | 15:56 | B#40512 | 331828 | D | | 1.70 | | 59.84 |
| Sales Transaction | 01/17/2006 | 10:35 | I#78478 | | I | 12.90 | | | 46.94 |
| PROCESSED.REC.1/13 | 01/19/2006 | 10:23 | B#40543 | 332044 | D | | 10.00 | | 56.94 |
| Sales Transaction | 01/24/2006 | 10:15 | I#78646 | | I | 12.34 | | | 44.60 |
| PROCESSED.REC.1/24 | 01/26/2006 | 17:09 | B#40674 | 332816 | D | | 10.00 | | 54.60 |
| Sales Transaction | 01/31/2006 | 10:32 | I#78834 | | I | 22.16 | | | 32.44 |
| PROCESSED.REC.2/1 | 02/03/2006 | 16:03 | B#40780 | 333860 | D | | 10.00 | | 42.44 |
| COMM.CRDT.2/3 | 02/06/2006 | 16:23 | B#40808 | 333994 | D | | 3.90 | | 46.34 |
| WRKSTDY.PAY.1/06 | 02/09/2006 | 11:43 | B#40878 | 334466 | D | | 30.00 | | 76.34 |
| Sales Transaction | 02/14/2006 | 11:14 | I#79215 | | I | 26.90 | | | 49.44 |
| P/T.BREAKTHROUGH.2/1 | 02/16/2006 | 15:08 | B#40972 | 335387 | W | | | -5.00 | 44.44 |
| P/T.MS.ELL.EDWARDS.2 | 02/22/2006 | 12:38 | B#41046 | 335747 | W | | | -20.00 | 24.44 |
| CRAFTS FROM LT ROY | 02/23/2006 | 12:03 | B#41055 | 335784 | D | | 10.00 | | 34.44 |
| PROCESSED.REC.2/17 | 02/23/2006 | 12:29 | B#41059 | 335874 | D | | 10.00 | | 44.44 |
| MCP.2/27 | 02/28/2006 | 10:25 | B#41122 | 336265 | W | | | -4.00 | 40.44 |
| Sales Transaction | 02/28/2006 | 11:09 | I#79590 | | I | 18.78 | | | 21.66 |
| WRKSTDY.PAY.2/28 | 02/28/2006 | 15:13 | B#41134 | 336676 | D | | 30.00 | | 51.66 |
| PROCESSED.REC.2/28 | 03/03/2006 | 15:21 | B#41198 | 337072 | D | | 10.00 | | 61.66 |
| P/T.KENT.COUNTY.RECE | 03/13/2006 | 15:34 | B#41306 | 337973 | W | | | -50.00 | 11.66 |
| Sales Transaction | 03/21/2006 | 16:00 | I#80148 | | I | 9.06 | | | 2.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:26 | B#41517 | 339476 | D | | 3.00 | | 5.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:26 | B#41517 | 339478 | D | | 3.00 | | 8.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:26 | B#41517 | 339480 | D | | 3.00 | | 11.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:26 | B#41517 | 339482 | D | | 3.00 | | 14.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:26 | B#41517 | 339484 | D | | 3.00 | | 17.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339486 | D | | 3.00 | | 20.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339488 | D | | 3.00 | | 23.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339490 | D | | 3.00 | | 26.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339492 | D | | 3.00 | | 29.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339494 | D | | 3.00 | | 32.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339496 | D | | 3.00 | | 35.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339498 | D | | 3.00 | | 38.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:27 | B#41517 | 339500 | D | | 3.00 | | 41.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:28 | B#41517 | 339502 | D | | 3.00 | | 44.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:28 | B#41517 | 339504 | D | | 3.00 | | 47.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:28 | B#41517 | 339506 | D | | 3.00 | | 50.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:28 | B#41517 | 339508 | D | | 3.00 | | 53.60 |
| PROCESSED.REC.DCJ.CK | 03/29/2006 | 12:28 | B#41517 | 339510 | D | | 3.00 | | 56.60 |
| PROCESSED.REC.3/28 | 03/30/2006 | 12:37 | B#41532 | 339624 | D | | 20.00 | | 76.60 |

## Account Activity Ledger
From: 01/01/2006 To: 12/13/2006

Date : 12/13/2006
Time : 10:37

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 00159046 | Name WINKFIELD, PAULETTE | | Block 6 | | | | Previous Balance | | 76.60 |
| PROCESSED.REC.3/31 | 03/31/2006 | 12:29 | B#41559 | 339734 | D | | 10.00 | | 86.60 |
| COMM.STORE.3/31 | 04/03/2006 | 11:30 | B#41579 | 340073 | W | | | -17.05 | 69.55 |
| WRKSTDY.PAY.3/31 | 04/03/2006 | 11:59 | B#41581 | 340148 | D | | 30.00 | | 99.55 |
| Sales Transaction | 04/04/2006 | 15:20 | I#80516 | | I | 19.23 | | | 80.32 |
| Sales Transaction | 04/11/2006 | 16:07 | I#80716 | | I | 36.05 | | | 44.27 |
| PROCESSED.REC.4/12 | 04/13/2006 | 15:02 | B#41720 | 341226 | D | | 10.00 | | 54.27 |
| PROCESSED.REC.4/13 | 04/17/2006 | 14:06 | B#41733 | 341632 | D | | 10.00 | | 64.27 |
| ZOE.CHICKEN.FNDRSR.4 | 04/17/2006 | 14:58 | B#41737 | 342051 | W | | | -8.00 | 56.27 |
| ZOE.ICE.CREAM.FNDRSR | 04/17/2006 | 15:36 | B#41738 | 342385 | W | | | -10.00 | 46.27 |
| Sales Transaction | 04/18/2006 | 09:26 | I#80898 | | I | 7.93 | | | 38.34 |
| ZOE.FNDRSR.EXTRA.CHI | 04/24/2006 | 16:42 | B#41856 | 343155 | W | | | -5.00 | 33.34 |
| WRKSTDY.PAY.4/25 | 04/25/2006 | 14:10 | B#41865 | 343334 | D | | 30.00 | | 63.34 |
| PROCESSED.REC.5/5 | 05/05/2006 | 14:40 | B#41991 | 344420 | D | | 50.00 | | 113.34 |
| ZOE.PIZZA.FNDRSR.5/8 | 05/08/2006 | 15:47 | B#42025 | 345079 | W | | | -8.00 | 105.34 |
| ZOE.FNDRSR.ICE.CREAM | 05/08/2006 | 16:42 | B#42026 | 345401 | W | | | -10.00 | 95.34 |
| PROCESSED.REC.5/8 | 05/09/2006 | 11:36 | B#42034 | 345450 | D | | 10.00 | | 105.34 |
| P/T.BREAKTHROUGH.MIN | 05/09/2006 | 15:50 | B#42044 | 345681 | W | | | -5.00 | 100.34 |
| P/T.TBN.5/9 | 05/09/2006 | 15:51 | B#42045 | 345683 | W | | | -5.00 | 95.34 |
| P/T.CHARLOTTE.A.WAIT | 05/09/2006 | 15:52 | B#42046 | 345685 | W | | | -60.00 | 35.34 |
| Sales Transaction | 05/16/2006 | 10:13 | I#81657 | | I | 6.97 | | | 28.37 |
| Sales Transaction | 05/23/2006 | 10:14 | I#81801 | | I | 20.67 | | | 7.70 |
| WRKSTDY.PAY.5/26 | 05/26/2006 | 12:28 | B#42274 | 347384 | D | | 30.00 | | 37.70 |
| PROCESSED.REC.5/25 | 05/26/2006 | 15:45 | B#42288 | 347500 | D | | 10.00 | | 47.70 |
| PROCESSED.REC.5/26 | 05/30/2006 | 15:37 | B#42325 | 347812 | D | | 25.00 | | 72.70 |
| ZOE.SUBS.FNDRSR.6/6 | 06/06/2006 | 15:51 | B#42422 | 348979 | W | | | -13.00 | 59.70 |
| ZOE.ICE.CREAM.FNDRSR | 06/06/2006 | 16:34 | B#42423 | 349349 | W | | | -10.00 | 49.70 |
| P/T.CHARBA BROWN.6/9 | 06/09/2006 | 13:49 | B#42478 | 349703 | W | | | -50.00 | -0.30 |
| PROCESSED.REC.6/10 | 06/13/2006 | 14:23 | B#42546 | 350252 | D | | 40.00 | | 39.70 |
| Sales Transaction | 06/20/2006 | 10:19 | I#82579 | | I | 23.58 | | | 16.12 |
| PROCESSED.REC.6/22 | 06/23/2006 | 10:25 | B#42700 | 351442 | D | | 10.00 | | 26.12 |
| Sales Transaction | 06/27/2006 | 09:55 | I#82776 | | I | 11.73 | | | 14.39 |
| WRKSTDY.PAY.6/29 | 06/29/2006 | 15:24 | B#42769 | 351980 | D | | 30.00 | | 44.39 |
| PROCESSED.REC.6/29 | 06/30/2006 | 15:32 | B#42795 | 352220 | D | | 10.00 | | 54.39 |
| ZOE.FNDRSR.7/13-CHIC | 06/30/2006 | 17:20 | B#42800 | 352729 | W | | | -8.00 | 46.39 |
| ZOE.FNDRSR.7/13.ICE. | 06/30/2006 | 18:12 | B#42801 | 353009 | W | | | -10.00 | 36.39 |
| Sales Transaction | 07/06/2006 | 14:39 | I#83145 | | I | 15.93 | | | 20.46 |
| REC VISIT/MAIL 7/7/0 | 07/07/2006 | 15:39 | B#42850 | 353459 | W | | | -10.00 | 10.46 |
| REC MAIL/VISIT 7/7/0 | 07/07/2006 | 15:49 | B#42851 | 353464 | D | | 10.00 | | 20.46 |
| POST ERR DED INSTEAD | 07/07/2006 | 15:59 | B#42852 | 353496 | D | | 10.00 | | 30.46 |
| ZOE.EXTRA.ICE.CREM.F | 07/19/2006 | 12:50 | B#43018 | 354935 | W | | | -5.00 | 25.46 |
| ZOE.EXTRA.CHCKN.FNDR | 07/19/2006 | 12:59 | B#43019 | 355021 | W | | | -3.75 | 21.71 |
| Sales Transaction | 07/25/2006 | 10:10 | I#83686 | | I | 0.70 | | | 21.01 |
| WRKSTDY.PAY.7/26 | 07/26/2006 | 12:23 | B#43105 | 355882 | D | | 30.00 | | 51.01 |
| POSTED.7/28 | 07/28/2006 | 16:53 | B#43146 | 356270 | D | | 10.00 | | 61.01 |

## Account Activity Ledger
From: 01/01/2006 To: 12/13/2006

Date : 12/13/2006
Time : 10:37

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00159046 | **Name** WINKFIELD, PAULETTE | | | **Block** 6 | | | **Previous Balance** | | 61.01 |
| COMM.STORE.7/28 | 07/28/2006 | 17:00 | B#43147 | 356319 | W | | | -20.00 | 41.01 |
| ADJ.COMM.STORE.7/28 | 07/28/2006 | 17:01 | B#43147 | 356321 | W | | | -0.04 | 40.97 |
| Sales Transaction | 08/01/2006 | 15:04 | I#83907 | | I | 12.80 | | | 28.17 |
| PRCSSED.8/3.FR.8/1-8 | 08/07/2006 | 13:49 | B#43247 | 357148 | D | | 10.00 | | 38.17 |
| ZOE.FNDRSR.PIZZA. | 08/07/2006 | 17:43 | B#43280 | 357715 | W | | | -8.00 | 30.17 |
| ZOE.ICE.CRM.FNDRSR. | 08/07/2006 | 18:18 | B#43281 | 358041 | W | | | -10.00 | 20.17 |
| Sales Transaction | 08/15/2006 | 16:15 | I#84480 | | I | 11.49 | | | 8.68 |
| WRKSTDY.PAY.8/31 | 08/31/2006 | 16:16 | B#44472 | 360862 | D | | 15.00 | | 23.68 |
| PRCSSD.9/1.FR.8/31 | 09/01/2006 | 13:49 | B#44483 | 361060 | D | | 10.00 | | 33.68 |
| Sales Transaction | 09/05/2006 | 10:14 | I#85089 | | I | 19.92 | | | 13.76 |
| REC.9/8.FR.9/7 | 09/11/2006 | 17:21 | B#44618 | 362104 | D | | 20.00 | | 33.76 |
| Sales Transaction | 09/12/2006 | 13:09 | I#85323 | | I | 14.47 | | | 19.29 |
| PRCSSD.RCD.9/22 | 09/22/2006 | 13:56 | B#44846 | 363290 | D | | 40.00 | | 59.29 |
| Sales Transaction | 09/26/2006 | 11:06 | I#85732 | | I | 20.79 | | | 38.50 |
| P/T.CHARLOTTE.WAITE. | 09/29/2006 | 13:37 | B#44960 | 364319 | W | | | -40.00 | -1.50 |
| PRCSD.RCD.9/29 | 10/02/2006 | 15:24 | B#45012 | 364840 | D | | 10.00 | | 8.50 |
| PSTD.REC.10/6 | 10/06/2006 | 16:45 | B#45140 | 365430 | D | | 75.00 | | 83.50 |
| PSTD.REC.10/6 | 10/06/2006 | 16:45 | B#45140 | 365432 | D | | 10.00 | | 93.50 |
| P/T.CHARLOTTE.WAITE. | 10/13/2006 | 11:58 | B#45260 | 366101 | W | | | -50.00 | 43.50 |
| Sales Transaction | 10/17/2006 | 11:39 | I#86437 | | I | 32.95 | | | 10.55 |
| PRCSD.RCD.10/26.FR.1 | 10/26/2006 | 14:40 | B#45524 | 367636 | D | | 10.00 | | 20.55 |
| PRCSD.RCD.10/26.FR.1 | 10/26/2006 | 14:46 | B#45524 | 367726 | D | | 10.00 | | 30.55 |
| Sales Transaction | 10/31/2006 | 10:27 | I#86838 | | I | 23.58 | | | 6.97 |
| COMM.CRDT.11/3 | 11/06/2006 | 16:21 | B#45716 | 368956 | D | | 3.40 | | 10.37 |
| Sales Transaction | 11/07/2006 | 11:35 | I#87035 | | I | 7.81 | | | 2.56 |
| PSTD.REC.11/13 | 11/13/2006 | 16:07 | B#45857 | 369876 | D | | 10.00 | | 12.56 |
| PRCSD.REC.11/30 | 11/30/2006 | 16:29 | B#46163 | 372150 | D | | 25.00 | | 37.56 |
| PRCSD.REC.11/30 | 11/30/2006 | 16:32 | B#46164 | 372180 | D | | 60.00 | | 97.56 |
| Sales Transaction | 12/06/2006 | 15:14 | I#87826 | | I | 47.30 | | | 50.26 |
| COMM.CRDT.12/8 | 12/08/2006 | 18:22 | B#46318 | 373038 | D | | 2.15 | | 52.41 |
| PRCSD.REC.12/8.FR.12 | 12/11/2006 | 11:28 | B#46348 | 373356 | D | | 10.00 | | 62.41 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 65 **For** $ | 915.15 |
| **Withdraws** | 28 **For** $ | -456.38 |
| **Invoices** | 26 **For** $ | 487.00 |

Paulette L. Winkfield

v.

Stanley Taylor, Paul Howard, Patrick Ryan, Colleen Shortzbeurgs, and Counslay Russell

Civ. No. 06-699-SLR

This is a certified copy of my account showing all deposits, expenditures and balances for the year of 2006. In order to determine the schedule of payment of the filing fee.

12/13/06

Thank You

Paulette L. Winkfield



FILED

DEC 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

