IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAULETTE L. WINKFIELD,           )
                                 )
        Plaintiff,               )
                                 )
    v.                           ) Civ No. 06-699-SLR
                                 )
STANLEY TAYLOR, PAUL HOWARD,     )
PATRICK RYAN, COLLEEN            )
SHORTZBERERGER, and COUNSELOR    )
RUSSELL                          )
                                 )
        Defendants.              )

FILED JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

I, Paulette L. Winkfield, SBI # 159046, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $15.28, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated December 20, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 1/8/2007, 2006.

_____
Signature of Plaintiff



Robert Whitfield
1010 Baylor Blvd
New Castle, DE 19720

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570