4/25/2007

Office of the Clerk

this is a payment of $167.00 on the

Case Name: Winkfield v Taylor et al

Case Number: 1:06-cv-699

Files: Paulette Winkfield

SBI# 00159046 BWCI

I was released from Prison

My new address is

Paulette Winkfield
512 North Church Street
Milford, De 19963

Thank You

Paulette Winkfield

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Paulette Winfield
572 North Church St.
Milford, DE 19963

Office of the Clerk
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570