4-24-2007

Paulette Winkfield
512 North Church Street
Milford, DE 19963


Dear Mrs. Winkfield,

On April 24, 2007, the U.S. District Court clerk's office received a check from Charlotte Waite on your behalf in the amount of $167.00 to be credited toward your $350.00 filing fee. Unfortunately at this time we will be unable to accept this payment due to the fact that you over payed in the amount of $1.00. I have enclosed for your reference a copy of your account statement where the amount of $166.00 that you still owe is circled and highlighted at the bottom of the page. Please resubmit payment in the appropriate amount of $166.00 so that you may receive credit for your payment. In the event that you may have any issues or concerns I can be reached at 302-573-6170. Thank you.


Sincerely,



Larisha Davis
Generalist
U.S. District Court
302-573-6170