





```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:slr_nef@ded.uscourts.gov
Message-Id:<364195@ded.uscourts.gov>
Subject:Activity in Case 1:06-cv-00699-SLR Winkfield v. Taylor et al Partial Filing
Fee Received
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 3/28/2007 at 3:44 PM EDT and filed on 3/28/2007
**Case Name:**       Winkfield v. Taylor et al
**Case Number:**     1:06-cv-699
**Filer:**           Paulette L. Winkfield
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Paulette L. Winkfield: $ 48.73, receipt number 146994 (copy to business office) (rpg)

**1:06-cv-699 Notice has been electronically mailed to:**

**1:06-cv-699 Notice has been delivered by other means to:**

Paulette L. Winkfield
SBI# 00159046
BWCI
660 Baylor Boulevard
New Castle, DE 19720

```
UNITED STATES
DISTRICT COURT
  District of Delaware
     Wilm. Division

 #  146994  -  ED
March 28, 2007


Code    Case #      Qty      Amount

PLS100  1-06-CV-699          48.73 CH


          Total->            48.73


FROM: DELORES BAYLOR
      CK 17300 PNCBANK
      FOR: PAULETTE L. WINKFIELD
```



FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE