
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
OFFICIAL BUSINESS
POSTAGE DUE 39¢
Released
Ret to Sender
Scanned
FILED
MAY - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(n) scanned
FILED
MAY - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULETTE L. WINKFIELD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-699 SLR |
| STANLEY TAYLOR, PAUL HOWARD, PATRICK RYAN, COLLEEN SHORTZBERERGER, and COUNSELOR RUSSELL, | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 17th day of April, 2007, plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; and the court having identified cognizable claims within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **original** "U.S. Marshal-285" forms for **the defendants**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Plaintiff has provided the court with copies of the complaint (D.I. 2) for service upon defendants and the attorney general.**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), this order, a "Notice of

Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) so identified in each 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **NOTE:** *** Discovery motions and motions for appointment of counsel filed

prior to service will be dismissed without prejudice, with leave to refile following service.

***

UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments

1:06-cv-00699-SLR Winkfield v. Taylor et al

PaperDocuments

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 4/19/2007 at 2:48 PM EDT and filed on 4/19/2007

**Case Name:** Winkfield v. Taylor et al
**Case Number:** 1:06-cv-699
**Filer:**
**Document Number:** 9

**Docket Text:**
ORDER, plaintiff shall return to Clerk original USM 285 form(s) for the defendants, as well as for the Attorney General of the State of DE. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. See order for further details.(Copy to pltf.). Signed by Judge Sue L. Robinson on 4/17/07. (fmt)

**1:06-cv-699 Notice has been electronically mailed to:**

**1:06-cv-699 Notice has been delivered by other means to:**

Paulette L. Winkfield
SBI# 00159046
BWCI
660 Baylor Boulevard
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/19/2007] [FileNumber=374936-0]
[668739550d2b468f763aad9016f420a37fc38cd99f1c2ee4c1cb876cdcf7382ebf5b
d7e468c038b8451f3e97552704a0f532ffcd5b69c8ddc7d5040708769f9d]]