S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See _Instructions for "Service of Process by U.S. Marshal"_

| | |
|---|---|
| PLAINTIFF Paulette Winkfield | COURT CASE NUMBER 1:06-CV-699 SLR |
| DEFENDANT Stanley Taylor et al | TYPE OF PROCESS Lawsuit |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General of the State of Delaware
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 North French Street, Wilmington, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Paulette Winkfield
572 North Church Street
Milford, DE 19963

| | |
|---|---|
| Number of process to be served with this Form 285 | 6 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE _(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)_:

Fold                                                                                     Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 302-265-2126
DATE 5/7/2007

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. _(Sign only for USM 285 if more than one USM 285 is submitted)_
Total Process
District of Origin No. 1X
District to Serve No. 1X
Signature of Authorized USMS Deputy or Clerk
Date 5/15/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Keith Brady — Asst. State Solicitor

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 6/21/7   Time 2:50 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including _endeavors_) | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|

REMARKS:


1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT


RECEIVED JUN 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev 12/15/80
Automated 01/00