IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-699-SLR |
| ) | |
| STANLEY TAYLOR, PAUL HOWARD ) | JURY TRIAL DEMANDED |
| PATRICK RYAN, COLLEEN ) | |
| SHOTZBERGER,[1] AND COUNSELOR ) | |
| RUSSELL[2] ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Defendants Patrick Ryan, Colleen Shotzberger, and Donna Russell. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, # 4667
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, De 19801
(302) 577-8400

*Attorney for State Defendants*

Dated: July 16, 2007

---

[1] Improperly spelled as Shortzberger in the Complaint.
[2] Donna Russell

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 16 2007, I electronically filed an *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on July 16, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Paulette Winkfield
512 North Church Street
Milford, DE 19963

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, # 4667
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us