IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-699-SLR |
| | ) |
| STANLEY TAYLOR, PAUL HOWARD | ) JURY TRIAL DEMANDED |
| PATRICK RYAN, COLLEEN | ) |
| SHOTZBERGER,[1] AND COUNSELOR | ) |
| RUSSELL[2] | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER TO THE COMPLAINT

COME NOW, defendants Patrick Ryan, Colleen Shotzberger, and Donna Russell ("Answering Defendants") by and through their undersigned counsel, and hereby answer the Complaint (D.I. 2) of the plaintiff, Paulette Winkfield ("Plaintiff") as follows:

**I.      Previous Lawsuits**

Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation.

**II.     Grievances**

It is admitted that there is a grievance procedure in the institution. It is denied that Plaintiff exhausted her administrative remedies through the prison grievance system prior to filing this action.

It is admitted that Plaintiff wrote a letter to Answering Defendants Russell and Ryan and Defendant Howard. Answering Defendants are without knowledge or information sufficient to

---

[1] Improperly spelled as Shortzberger in the Complaint.
[2] Donna Russell

form a belief as the truth of the allegations that Plaintiff wrote to Defendant Taylor. The remainder of the allegations in Section II, subsections E and F are denied.

## STATEMENT OF CLAIM

As to the sentence that begins with "Basically" and the following two sentences, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of this allegation.

As to the sentence that begins with "I was stripped", the allegations are denied.

As to the sentence that begins with "This a sheer", the allegation is denied.

As to the sentence that begins with "When asked why", the allegation is admitted

As to the sentence that begins with "I can prove", this is not an allegation directed to Answering Defendants and thus no response is required. To the extent that a response is required, the allegations are denied.

As to the sentence that begins with "They are trying", the allegation is denied.

## RELIEF

It is specifically denied that Plaintiff is entitled to any monetary damages, including punitive or compensatory. It is specifically denied that Plaintiff is entitled to injunctive or any other relief.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust her administrative remedies.

3. Answering Defendants are immune from liability under the Eleventh Amendment.

4. Answering Defendants are entitled to qualified immunity.

5. As to any claims under state law, Answering Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001 *et seq.*

6. As to any claims under state law, Answering Defendants are entitled to sovereign immunity in their official capacity.

7. Answering Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

8. To the extent that Plaintiff seeks to hold Answering Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

9. Answering Defendants, in their official capacity, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

10. Insufficiency of service of process.

11. Insufficiency of process.

12. Lack of jurisdiction over the person and subject matter.

13. Relief requested as to prison employment and housing status are moot as Plaintiff is no longer incarcerated.

WHEREFORE, the Answering Defendants respectfully requests that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to the State Defendants.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, # 4667
Deputy Attorney General

- 4 -

                                                          Department of Justice
                                                          820 N. French Street, 6th Floor
                                                          Wilmington, De 19801
                                                          (302) 577-8400

Dated: July 16, 2007                                              *Attorney for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2007, I electronically filed *Defendants' Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on July 16, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Paulette Winkfield
512 North Church Street
Milford, DE 19963

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us