## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



August 20, 2007

Ms. Paulette L. Winkfield
512 North Church Street
Milford, DE 19963

Stacey Xarhoulakos, Esquire
Department of Justice
Carvel Office Building
820 North French Street, 8th Floor
Wilmington, DE 19801

Re: Paulette Winkfield v. Stanley Taylor, et al.; Civ. No. 06-699-SLR

Dear Ms. Winkfield and Ms. Xarhoulakos :

    Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **September 19, 2007**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

                                         Cordially,

                                         SUE L. ROBINSON

SLR/rd
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-699-SLR |
| ) | |
| STANLEY TAYLOR, PAUL HOWARD, ) | |
| PATRICK RYAN, COLLEEN ) | |
| SHORTZBERGER, and ) | |
| COUNSELOR RUSSELL, ) | |
| ) | |
| Defendants. ) | |

# ORDER

At Wilmington this      day of September, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **October 19, 2007.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **January 17, 2008.**

.       3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **February 19, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **March 4, 2008**. Reply briefs shall be filed on or before **March 11, 2008**.

_____
United States District Judge

2