IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAULETTE L. WINKFIELD,            )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) Civ. No. 06-699-SLR
                                  )
STANLEY TAYLOR, PAUL HOWARD,      )
PATRICK RYAN, COLLEEN             )
SHORTZBERGER, and                 )
COUNSELOR RUSSELL,                )
                                  )
    Defendants.                   )

ORDER

At Wilmington this 20th day of August, 2007,

IT IS ORDERED that, on or before **September 19, 2007**, plaintiff shall show cause why defendants Stanley Taylor and Paul Howard should not be dismissed for failure to timely serve process on said defendants[1] pursuant to Federal Rule of Civil Procedure 4(m), or otherwise prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS FROM THIS ACTION.

                                                                                                      United States District Judge

---

[1] United States Marshal 285 Forms were returned unexecuted as to defendants Stanely Taylor on May 16, 2007 (D.I. 14) and Paul Howard on July 27, 2007 (D.I. 21).