**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE  19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE  19947
(302) 856-5353
Fax: (302) 856-5369
TTY: (302) 856-2500

**PLEASE REPLY TO:**

August 23, 2007

New Castle County-Civil Division

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

      **Re:**    *Winkfield v. Taylor, et al.*
                C.A. No. 06-699 (SLR)

Dear Judge Robinson:

      This letter is in response to the Court's proposed scheduling order for the above-captioned case.  (D.I. 22).  Counsel for the defendants has multiple dispositive motion deadlines with this Court in early 2008.  Thus, counsel respectfully requests that the proposed deadlines for fact discovery and the filing of dispositive motions in this matter be extended by a period of sixty (60) days.

      As always, I remain available to the Court should anything further be required.

                                      Respectfully submitted,

                                      /s/ Stacey Xarhoulakos

                                      Deputy Attorney General

cc:     Paulette Winkfield (via First Class Mail)