512 North Church Street
Milford, DE 19963

August 29, 2007

Clerk of the Court
U.S. District Court
844 North King Street
Wilmington, DE 19801

Re: Winkfield v. Taylor, et al.
    C.A. No. 06-699 (SLR)
    Services

To Whom It May Concern:

Enclosed is U.S. Marshal 285 form for defendant Taylor. I am requesting services made to new address.

The assistance of this Office most appreciated.

Sincerely,

Paulette L. Winkfield

PLW: plw
Encl.



RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Paulette L. Winkfield
512 North Church
Milford, DE 19963

Clerk of the Court
U.S. District Court
844 North King Street
Wilmington, DE 19801

