512 North Church Street
Milford, DE 19963

August 29, 2007

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, DE 19081

Re: Winkfield v. Taylor, et al.
    C.A. No. 06-699-(SLR)

Dear Judge Robinson:

This letter is in response to Court's order dated August 20, 2007.

Service has been perfected as to defendant Taylor, records of Clerk of Court support claims. I am requesting defendant Howard be dismissed with prejudice.

Sincerely,

Paulette L. Winkfield

PLW: plw
cc: Clerk of the Court
    Stacey Xarhoulakos, Esquire



Paulette L. Winkfield
512 North Church
Milford, DE 19963

WILMINGTON DE 197
30 AUG 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801