IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAULETT L. WINKFIELD,           )
      Plaintiff,              )
                               )
v.                              )   C.A. No. 06-699-SLR
                               )
STANLEY TAYLOR, et al.,         )
      Defendants.             )

## MOTION FOR APPOINTEMNT OF COUNSEL

Pursuant to 28 U.S.C. 1915(e)(1) plaintiff moves for an order appointing counsel to represent her in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. she has requested leave to proceed in forma paupersion.

2. Plaintiff limited legal knowledge will greatly limit her ability to litigate. The issues involve in this case are complex, and will require significant research and investigation. Plaintiff has limited access to a law library, and limited ability to access department of corrections records.

4. A trial in this case ill likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

5. Plaintiff has made repeated efforts to obtain a lawyer on pro bono bases without success.

WHEREFORE, plaintiff, request the court appoint counsel in this matter.

DATED: September 18, 2007



FILED
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

PAULETTE L. WINKFIELD
512 North Church Street
Milford, DE 19963

## CERTIFICATE OF SERVICE

I HEREBY, certify copy of the aforemention was furnished Stacy Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

This 19th day of September 2007, by U.S. Mail with sufficient postage affixed thereto.

_____
PAULETTE L. WINKFIELD

Paulette L. Winkfield
512 North Church
Milford, DE 19963

WILMINGTON DE 197
18 SEP 2007 PM 3 T

Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

U.S.M.S
X-RAY