IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAULETTE L. WINKFIELD, )
    Plaintiff, )
 )
v. ) C. A. No. 06-699-SLR
 )
STANLEY TAYLOR, et al., )
    Defendants. )

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff request that defendant Colleen Shortzberger make the make the following admissions within 30 days after service of this request.

1. Instructed plaintiff be placed in administrative segregation.
2. Provided plaintiff written reasons place in segregation.
3. Order plaintiff classified higher security level.
4. Plaintiff received legal mail opened.
5. Aware plaintiff had written News Journal, in reference to conditions at Baylor Women Correctional Facility.
6. Contacted former Commissioner Stanley Taylor, about correspondence received from plaintiff.
7. Warden Patrick Ryan instructed plaintiff be classified to higher security.
8. Plaintiff citied for rule infraction (s), in reference to August 10, 2006 move to higher security.
9. There was 404 form (incident report) submitted in reference to plaintiff's August 10, 2006 transfer to higher security.

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

10. Plaintiff viewed as security risk.

11. Plaintiff suffered lost of job as result of move to higher security.

12. Department of Corrections administrative regulations followed, when plaintiff moved to higher security.

13. Plaintiff has completed and facilitated numerous programs, while housed at Baylor Women Correctional Facility.

14. Plaintiff moved August 10, 2006, result of incident with another inmate.

15. Plaintiff moved August 10, 2006, result of incident with staff.

16. Plaintiff was disciplinary problem.

17. Plaintiff viewed as inmate leader.

18. Plaintiff granted early release from level V part of sentence.

19. Trial Court granted plaintiff sentence modification.

20. Plaintiff permitted return to Baylor's Women Correctional Facility Women's Treatment & Work Release Center for the purpose of conducting workshop and training sessions for Alternative to Violence Project.

PAULETTE L. WINKFIELD
512 North Church Street
Milford, DE  19963

DATED: 10/16/2007

### CERTIFICATE OF SERVICE

I HEREBY, certify copy of the aforemention was furnished

Stacey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilmington, DE 19801.

This 16th day of October, 2007, by U.S. Mail with sufficient postage affixed thereof.

PAULETTE L. WINKFIELD