IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAULETTE L. WINKFIELD,
    Plaintiff,

v.                                C. A. No. 06-699-SLR

STANLEY TAYLOR, et al.,
    Defendants.

FILED OCT 17 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### REQUEST FOR ADMISSIONS

Pursuant to Rule 26, Federal Rules of Civil Procedure, plaintiff requests that defendant Counselor Donna Russell make the following admission within 30 days after service of this request.

1. Instructed by defendant Shotzberger classify plaintiff to higher security level.

2. Plaintiff cited for rule infraction, which led to removal from Chapel job.

3. Plaintiff denied access to law library.

4. Provided copy of reports, requesting plaintiff moved to higher security level.

5. Aware plaintiff contacted News Journal, concerning conditions at Baylor Women's Correctional Facility.

6. Plaintiff institutional records reflect reason moved to higher security level.

7. Plaintiff previously cited for rule infractions.

8. Classification decision not subject to grievance.

9. There was not an operational grievance committee at Baylor Women's Correctional Facility.

10. Defendant Ryan instructed plaintiff be placed in higher security level.

11. You were plaintiff's counselor.

12. Plaintiff provided hearing prior to placement in higher security level.

*/s/ Paulette L. Winkfield*
PAULETTE L. WINKFIELD
512 North Church Street
Milford, DE 19963

DATED: 10/16/2007

### CERTIFICATE OF SERVICE

I HEREBY, certify copy of the aforemention was furnished Stacey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilmington, DE 19801.

This 16th day of October, 2007, by U.S. Mail with sufficient postage affixed thereof.

*/s/ Paulette L. Winkfield*
PAULETTE L. WINKFIELD