IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAULETTE L. WINKFIELD, )
Plaintiff, )
)
v. ) C. A. No. 06-699-SLR
)
STANLEY TAYLOR, et al., )
Defendants. )



FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Federal Rules of Civil Procedure, the plaintiff request that the defendants produce the documents listed herein within 30 days, either by providing copies or by making them available to the plaintiff for inspection and copying.

1. The complete prison record of the plaintiff, including the confidential section.

2. All written statements, originals or copies identifiable as reports concerning incident of August 10, 2006.

3. Disciplinary reports concerning plaintiff, the aforemention will include 404 incident reports, and evaluations prepared by Treatment Services.

4. Reports prepared by defendants, Ryan, Shotzberger, Russell, and Treatment Services for period plaintiff incarcerated at Baylor Women's Correctional Facility.

5. Administrative procedure inmate utilization of law library.

6. Department of Corrections Administrative Classification Procedures.

7. Department of Corrections Grievance Procedures.

8. Administrative grievance system structure at Baylor's Women Correctional Facility.

9. Department of Corrections Salen Classification System Regulations and sample forms utilized for classification purposes.

10. Bureau of Prison Procedure Manual – Inmate Rule of Conduct.

11. Bureau of Prison Procedure Manual – Governing Department of Corrections Employees.

12. Inter – departmental memos, addressing plaintiff's move to higher security.

13. Law library inmate scheduling, January 1, 2006 to August 31, 2006.

14. Administrative Regulations governing handling inmate legal mail.

15. Grievance results filed by plaintiff, January 1, 2006 to August 30, 2006.

*(signature)*
PAULETTE L. WINKFIELD
512 North Church Street
Milford, DE 19963

DATED: 10/16/2007

### CERTIFICATE OF SERVICE

I HEREBY, certify copy of the aforemention was furnished Stacey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilmington, DE 19801.

This 16th day of October, 2007, by U.S. Mail with sufficient postage affixed thereof.

*(signature)*
PAULETTE L. WINKFIELD



Juditte K. Winfield
512 North Church St
Milford, DE 19963

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570