IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD,                )<br>                                                        )<br>            Plaintiff,                             )<br>                                                        )<br>      v.                                              )<br>                                                        )<br>STANLEY TAYLOR, PAUL HOWARD  )<br>PATRICK RYAN, COLLEEN              )<br>SHOTZBERGER, AND COUNSELOR )<br>RUSSELL                                         )<br>            Defendants.                       ) | C.A. No. 06-699-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING PAPER DOCUMENTS

**PLEASE TAKE NOTICE** that the Defendants in this matter have responded to Plaintiff's Request for Production of Documents. (D.I. 31). Plaintiff is a *pro se* litigant and Defendants are accordingly filing the discovery documents with the Court. The documents are too voluminous to be scanned and thus have been filed as paper documents.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: November 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2007, I electronically filed *Notice of Filing Paper Documents* with the Clerk of Court using CM/ECF.  I hereby certify that on November 20, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

    Paulette Winkfield
    512 North Church Street
    Milford, DE 19963

    /s/ Stacey Xarhoulakos
    Stacey Xarhoulakos, I.D. No. 4667
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    stacey.xarhoulakos@state.de.us
    Attorney for Defendants