IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-699-SLR |
| | ) |
| STANLEY TAYLOR, PATRICK RYAN, COLLEEN SHORTZBERGER, and COUNSELOR RUSSELL, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 20th day of November, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **December 19, 2007.**

2. **Discovery**.  All discovery in this case shall be initiated so that it will be completed on or before **March 17, 2008.**

3. **Application by Motion**.  Any application to the Court shall be by written motion filed with the Clerk.  Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on

or before **April 21, 2008**. Answering briefs and affidavits, if any, shall be filed on or before **May 5, 2008**. Reply briefs shall be filed on or before **May 12, 2008**.

_____
United States District Judge