## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULETTE L. WINKFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-699-SLR |
| | ) | |
| STANLEY TAYLOR, PAUL HOWARD | ) | JURY TRIAL DEMANDED |
| PATRICK RYAN, COLLEEN | ) | |
| SHOTZBERGER, AND COUNSELOR | ) | |
| RUSSELL | ) | |
| Defendants. | ) | |

## DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF PAULETTE WINKFEILD

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants, through

their undersigned counsel, hereby serve on Plaintiff, Paulette Winkfield, the following Requests

for Production of Documents and Things.

## INSTRUCTIONS

A.    If any document or thing required to answer any Request for Production is

withheld because you claim that such information is privileged or is contained in a privileged

document or communication:

(1)    identify each such document with sufficient specificity to permit a court to

determine the propriety of the asserted privilege and setting forth the nature of the

document;

(2)    identify the privilege and set forth the factual basis for the privilege claims; and

(3)    set forth each Request to which each such document or thing is responsive.

B.    These Requests for Production are continuing in nature and, if applicable, will

require supplemental responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

1. All grievances, complaints, or other correspondence relating to, regarding or arising out of the incidents alleged in your Complaint, including, but not limited to:

   a. The letters that you allege you wrote to Stanley Taylor, Paul Howard, Patrick Ryan, and Counselor Russell (See Complaint at Section F(1)) and the responses thereto;

   b. Any other correspondence that you wrote to any other person not specifically identified and responses thereto; and

   c. All grievances or complaints submitted by you to Department of Correction personnel, responses thereto, and any related correspondence between you and Department of Correction personnel.

**REQUEST NO. 2:**

2. All correspondence relating to, regarding or arising out of the incidents alleged in your Complaint, including, but not limited to, any correspondence between you and your friends or family members or other inmates and Department of Correction personnel.

**REQUEST NO. 3:**

3. Any correspondence that you wrote to the News Journal or other outside agencies, as asserted in your Complaint (See Complaint at Statement of Claim), while incarcerated in the Delaware correctional system.

**REQUEST NO. 4:**

4. Any statements, declarations, petitions, or affidavits relating to, regarding or arising

2

out of the incidents alleged in your Complaint and any statements, declarations, or

affidavits of other inmates or witnesses to the allegations in the Complaint.

**REQUEST NO. 5:**

5.  All of your medical records relating to, regarding or arising out of the incidents

alleged in your Complaint.

**REQUEST NO. 6:**

6.  All of your medical records for the past 15 years.

**REQUEST NO. 7:**

7.  All of your criminal history records from any other State besides Delaware for the

past 15 years.

**REQUEST NO. 8:**

8.  All documents requested to be identified or referenced in your Response to

Defendants' First Set of Interrogatories, served contemporaneously herewith.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ *Stacey Xarhoulakos*
Stacey Xarhoulakos (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: February 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed *Defendants' Request for*

*Production of Documents and Things Directed to Plaintiff Paulette Winkfield* with the Clerk of

Court using CM/ECF and I hereby certify that I have mailed by United States Postal Service, the

document to the following non-registered party:

Paulette Winkfield
512 North Church St.
Milford, DE 19963

/s/ *Stacey Xarhoulakos*
Stacey Xarhoulakos (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants