IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULETTE L. WINKFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-699-SLR |
| | ) | |
| STANLEY TAYLOR, PAUL HOWARD | ) | JURY TRIAL DEMANDED |
| PATRICK RYAN, COLLEEN | ) | |
| SHOTZBERGER, AND COUNSELOR | ) | |
| RUSSELL | ) | |
| Defendants. | ) | |

**Notice of Deposition**

TO:  Paulette Winkfield
     512 North Church Street
     Milford, DE 19963

**PLEASE TAKE NOTICE** that the oral deposition of Paulette Winkfield will be taken by Stacey Xarhoulakos, Deputy Attorney General, on Friday, April 4, 2008 at 9:30 a.m. The deposition will take place at the Delaware Department of Justice; 820 North French Street. 6th Floor, Wilmington, Delaware 19801, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated:  March 14, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2008, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on March 14, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Paulette Winkfield
512 North Church Street
Milford, DE 19963

      /s/ Stacey Xarhoulakos_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants