# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANLEY TAYLOR, PAUL HOWARD ) <br> PATRICK RYAN, COLLEEN ) <br> SHOTZBERGER,[1] AND COUNSELOR ) <br> RUSSELL[2] ) <br> Defendants. ) | C.A. No. 06-699-SLR |

### STIPULATED AMEDED SCHEDULING ORDER

Whereas plaintiff Paulette Winkfield's deposition will be taken on April 4, 2008 and plaintiff Paulette Winkfield has not yet responded to the defendants' discovery requests, the parties agree that amendments to the existing scheduling order are necessary, the parties hereby stipulate, subject to the order of this Court, to the following deadlines:

Discovery due by **May 1, 2008**.

Case dispositive motions shall be served and filed on or before **Friday, May 30, 2008**.

_____
Paulette Winkfield
*Pro Se*, Plaintiff
512 North Church St.
Milford, DE 19963

_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendants*

---

[1] Improperly spelled as Shortzberger in the Complaint.
[2] Donna Russell