

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>FRAUD DIVISION (302) 577-8600<br>FAX (302) 577-6499<br>TTY (302) 577-5783 |

Civil Division - Wilmington

March 17, 2008

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 North King Street, Lock Box 31
Wilmington, DE 19801

    Re:    **Paulette Winkfield v. Stanley Taylor, et al.**
            **C.A. No.: 06-699-SLR**

Dear Judge Robinson:

    Plaintiff, Paulette Winkfield, has not yet responded to defendants' written discovery requests and will be deposed by my office on Friday, April 4, 2008. Thus, the parties have agreed to amend the scheduling order, subject to order of the Court. Enclosed please find the Stipulated Amended Scheduling Order submitted for the Court's consideration.

    I remain available at the Court's convenience should anything further be required.

                              Respectfully submitted,

                              /s/ Stacey Xarhoulakos
                              Deputy Attorney General

SX/bja

Enclosure

cc:    Paulette Winkfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, PAUL HOWARD )<br>PATRICK RYAN, COLLEEN )<br>SHOTZBERGER,[1] AND COUNSELOR )<br>RUSSELL[2] )<br>Defendants. ) | C.A. No. 06-699-SLR |

### STIPULATED AMEDED SCHEDULING ORDER

Whereas plaintiff Paulette Winkfield's deposition will be taken on April 4, 2008 and plaintiff Paulette Winkfield has not yet responded to the defendants' discovery requests, the parties agree that amendments to the existing scheduling order are necessary, the parties hereby stipulate, subject to the order of this Court, to the following deadlines:

Discovery due by **May 1, 2008**.

Case dispositive motions shall be served and filed on or before **Friday, May 30, 2008**.

_____
Paulette Winkfield
*Pro Se, Plainitff*
512 North Church St.
Milford, DE 19963

_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendants*

---

[1] Improperly spelled as Shortzberger in the Complaint.
[2] Donna Russell