IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULETTE L. WINKFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>STANLEY TAYLOR, PAUL HOWARD,<br>PATRICK RYAN, COLLEEN<br>SHOTZBERGER, and COUNSELOR<br>RUSSELL,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-699-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 2nd day of June, 2008, having reviewed defendants' motion to compel plaintiff to respond to their outstanding discovery requests (D.I. 39-40) and to extend the dispositive motion deadline pending receipt of such responses;

IT IS ORDERED that said motion (D.I. 44) is granted to the extent that, on or before **June 20, 2008,** plaintiff shall respond to defendants' outstanding discovery requests.

IT IS FURTHER ORDERED that, if plaintiff timely responds to defendants' discovery requests:

    1. Defendants shall have one month in which to redepose plaintiff.

    2. Motions for summary judgment shall be filed, along with opening briefs and appendices, on or before **August 18, 2008.** Answering briefs shall be filed on or before **September 15, 2008.** Reply briefs shall be filed on or before **September 29, 2008.**

IT IS FURTHER ORDERED that plaintiff's failure to timely respond to the discovery requests shall result in dismissal of the case for failure to prosecute, pursuant to D. Del. LR 41.1.

_____
United States District Judge