**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| **Carvel State Building** | **102 West Water Street** | **114 E. Market Street** |
| **820 N. French Street** | **Dover, DE 19904** | **Georgetown, DE 19947** |
| **Wilmington, DE 19801** | **Criminal Division (302) 739-4211** | **(302) 856-5353** |
| **Criminal Division (302) 577-8500** | **Fax: (302) 739-6727** | **Fax: (302) 856-5369** |
| **Fax: (302) 577-2496** | **Civil Division (302) 739-7641** | **TTY: (302) 856-2500** |
| **Civil Division (302) 577-8400** | **Fax: (302) 739-7652** | |
| **Fax: (302) 577-6630** | **TTY: (302) 739-1545** | |
| **TTY: (302) 577-5783** | | |

**PLEASE REPLY TO:** New Castle County-Civil Division

June 25, 2008

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      **Re:**    ***Winkfield v. Taylor, et al.***
               **<u>C.A. No. 06-699 (SLR)</u>**

Dear Judge Robinson:

      I am writing as counsel for the defendants in the above-captioned case. On June 2, 2008, you entered an Order requiring the plaintiff to respond to the defendants' outstanding discovery requests on or before June 20, 2008. (D.I. 45). It was further ordered that plaintiff's failure to timely respond to the discovery requests shall result in dismissal of the case for failure to prosecute. As of this date, undersigned counsel has not received any response to the outstanding discovery requests, or any other communication from the plaintiff.

      The June 20, 2008 deadline has passed and the plaintiff has failed to comply with the deadline, and has failed to prosecute her case. The defendants respectfully request that the case be dismissed per the Court's June 2, 2008 Order (D.I. 45).

      I remain available to the Court should anything further be required.

                    Respectfully submitted,

                    /s/ *Stacey X. Stewart*

                    Deputy Attorney General

cc:     Paulette Winkfield