IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULETTE L. WINKFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-699-SLR |
| | ) | |
| STANLEY TAYLOR, PATRICK RYAN, | ) | |
| COLLEEN SHORTZBERGER, and | ) | |
| COUNSELOR RUSSELL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 21st day of July 2008, plaintiff having failed to comply with the court's order issued on June 2, 2008 (D.I. 45);

IT IS ORDERED that the above-captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

United States District Judge